**Todd FAULKNER, Appellant,**

v.

**Craig RASNIC and Matthew Quinn Roddy, Respondents.**

**No. ED 101188**

Missouri Court of Appeals
Eastern District
DIVISION FOUR

FILED: November 25, 2014

Charles R. Wooten, Travis D. Partney, P.O. Box 888, Hillsboro, Missouri 63050, for Appellant.

Mark Bishop, P.O. Box 740, Hillsboro, Missouri 63050, for Respondents.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM

Plaintiff/Appellant Todd Faulkner sought damages for personal injuries allegedly caused by the negligence of Defendant Matthew Roddy ("Roddy") and Defendant/Respondent Craig Rasnic ("Rasnic"). We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).